# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

148274 & (34)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 148274
                                  COA: 313548
                                  Chippewa CC: 10-000378-FC

DARRIN SCOTT LAPINE,
        Defendant-Appellant.

_____/

On order of the Court, the "motion for immediate consideration to obtain/transfer the Court of Appeals file and video to the Supreme Court for full review" is DENIED as moot because the Court has already received those items. The application for leave to appeal the October 23, 2013 order of the Court of Appeals is considered. We DIRECT the Chippewa County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall address the defendant's assertion that the state courts lacked subject matter jurisdiction in this case because he is Indian and the sentencing offenses occurred within the jurisdiction of the federal government or the Bay Mills Indian Community.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014 _____



p0924

                                    Clerk